

COUNSELORS AT LAW

November 5, 2025

*Via ECF*

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:    USA, New York State and the City of New York ex rel. Aldana v. New York City School Construction Authority, et al.**
> **Civil Action No. 1:23-cv-8078 (LDH)(PK)**
> **Request to Unseal Amended Complaint**

Dear Judge DeArcy Hall:

Our office represents defendants Velocity Architecture & Engineering Group, DPC ("Velocity") and Bravo VBC Group ("Bravo") regarding the above-referenced *qui tam* lawsuit. We respectfully request that the Court unseal the Amended Complaint that has recently been served upon Velocity and Bravo so that we may view it.

We wrote to the Court on October 29, 2025 and submitted a letter motion which requested an extension of time to respond to the Amended Complaint. In that letter we also raised this issue but recognize that even though there are no specific Individual Practice Rule concerning the unsealing of documents, we likely should have raised this issue in a separate letter motion and not in the motion requesting the extension of time to answer.

On October 30, 2023, an initial Complaint was filed. Doc. 1. It appears that Documents 2 through 13 are sealed as they do not appear on the docket. Per Document 14, the government filed its notice of election to decline intervention on February 14, 2025. Then, on April 17, 2025, the Court entered an Order declaring that the "Complaint" shall be unsealed. Doc. 15. The April 17, 2025 Order also states that the seal shall "be lifted as to all other matters occurring in this action after the date of this Order." Doc. 15. The Amended Complaint does not appear on the docket after this date.

The Amended Complaint that was served on Bravo and Velocity through the Secretary of State is dated April 16, 2024 but does not have any filing information so we cannot provide the Court with the document number associated with the Amended Complaint on the docket.

We would like to compare the filed the Amended Complaint with the document that was

Hon. LaShann DeArcy Hall
November 5, 2025
Page 2

served upon Velocity and Bravo prior to responding to the Amended Complaint by the November 17, 2025 deadline that was set forth in this Court's October 29th Order.

For these reasons, we respectfully request that the Court unseal the Amended Complaint. We are available should the Court request a conference about this matter.

Very truly yours,

Michael J. Vardaro

cc:    All Parties, *via ECF*