**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA, NEW YORK
STATE, and the CITY OF NEW YORK, *ex rel.*
FRANCES ALDANA,

                Plaintiffs/Relator,

    -against-

NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY, VELOCITY ARCHITECTURE &
ENGINEERING GROUP, D.P.C., BRAVO VBC
GROUP, LLC, JOHN DOES I-X,

                Defendants.

-------------------------------------------------------------X

Civil Action No: 1:23-cv-08078 LDH-PK

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Bravo VBC

Group, LLC, a private, non-governmental party, certifies the following.

Bravo VBC Group, LLC is a domestic limited liability company registered in New York

State, and does not have any parent companies or publicly held corporations owning 10% or more

of its stock.

Dated: November 17, 2025
       New York, New York

                     **ZETLIN & DE CHIARA LLP**

                 **By:** */s/ Roy H. Schwartz*
                   Roy H. Schwartz
                   *Attorneys for Defendants*
                   *Velocity Architecture &*
                   *Engineering Group, D.P.C. and*
                   *Bravo VBC Group, LLC*
                   801 Second Avenue, 16th Floor
                   New York, New York 10017
                   (212) 682-6800
                   rschwartz@zdlaw.com

1

*Service via ECF to:*

Jaazaniah Asahguii, Esq.
Cohen & Cohen Law
*Attorneys for Plaintiffs/Relator*
540 East 180th Street, Suite 203
Bronx, New York 10457
(212) 564-1900 ext. 304
jasahguii@cohenlawfirmllc.com

Belina Anderson, Esq.
City of New York, Law Department
*Attorneys for Defendant*
*New York City School Construction Authority*
100 Church Street, 2nd Floor, Ste 2-169
New York, New York 10007
(212) 356-4367
beanders@law.nyc.gov