

MURIEL GOODE-TRUFANT
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BELINA ANDERSON
Phone: (212) 356-4367
Fax: (212) 356-2089
Email: beanders@law.nyc.gov

November 25, 2025

*By ECF*
Hon. LaShann DeArcy Hall
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Request to hold response date in abeyance
    *USA, ex rel. Aldana v. New York City Constr. Auth.,* No. 23-cv-8078 (LDH)(PK)

Dear Judge DeArcy Hall:

   I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York. I have appeared on behalf of defendant New York City School Construction Authority ("SCA") in this *qui tam* suit. SCA, respectfully, requests that the Court hold the date by which SCA must respond to the Amended Complaint (ECF 6) in abeyance until the Court decides whether Plaintiffs-Relator may file a Second Amended Complaint.

   Previously, the Court granted SCA's second extension of the time to respond to the Amended Complaint from November 17, 2025 until November 25, 2025. Order, dated November 17, 2025. On November 17, 2025, Co-defendants Velocity Architecture & Engineering Group, D.P.C. and Bravo VBC Group, LLC. ("Co-defendants") filed letters requesting a conference before moving to dismiss the Amended Complaint pursuant to FRCP 12(b)(6). ECF 35, 36.

   Last Friday, November 21st, Plaintiff-Relator's counsel informed me that he intended to send, that evening or by Monday, all defendants a Second Amended Complaint for their consideration and possible consent to filing, prior to seeking leave to file. He further informed me that he would request an extension of time to respond to Co-defendants' letters addressed to the (first) Amended Complaint to allow time for the above and given such response might be obviated.

   Later Friday night, Plaintiffs-Relator submitted their request for an extension of time to respond to Co-defendants' application for a pre-motion to dismiss conference, on consent of all defendants. ECF 37. That application included a request, on behalf of SCA to further extend

SCA's time to respond to the (first) Amended Complaint, in light of Plaintiff-Relator's intention to seek amendment.

Late last night, Plaintiff-Relator's counsel sent defendants the proposed Second Amended Complaint. Earlier today, I advised Plaintiff-Relator's counsel that I needed time to review it and discuss with my client before SCA could respond to the request for consent.

. Plaintiff-Relator's letter application for time to respond to Co-defendants' application, which included SCA's request for additional time to respond to the (first) Amended Complaint, is pending. ECF 37.

Plaintiff-Relator will, imminently, seek leave to file the Second Amended Complaint. If this Court grants leave, the Amended Complaint will no longer be the operative complaint. It will be superseded by the Second Amended Complaint, in which case a response from SCA to the (first) Amended Complaint will be moot. SCA, respectfully, requests the Court hold the date by which SCA must respond to the Amended Complaint in abeyance until the Court decides Plaintiff-Relator's intended motion for leave to file a Second Amended Complaint. Should the Court deny Plaintiffs-Relator leave to file the Second Amended Complaint, SCA shall request permission to respond to the (first) Amended Complaint within 14 days. Should the Court grant their application, SCA shall request permission to respond to the Second Amended Complaint within 30 days.

We appreciate the Court's consideration.

Respectfully,

Belina Anderson
Assistant Corporation Counsel

cc:        All counsel of record
           (by ECF)
           Catherine Greenidge, Courtroom Deputy to the Honorable LaShann DeArcy Hall
           *Catherine_Greenidge@nyed.uscourts.gov*

- 2/2

*Aldana v. New York City School Constr. Authority, et al.*
(23CV8078) (LDH)
Ltr re: Request to hold in response date in abeyance